■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN REID, Appellant. [982 NYS2d 427]—Appeal from a judgment of the Erie County Court (Kenneth F. Case, J.), rendered June 1, 2012. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree and criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed for reasons stated in the decision at suppression court. Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY WILLIAMS, Appellant. [982 NYS2d 427]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered October 20, 2010. The judgment convicted defendant, upon his plea of guilty, of murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of murder in the second degree (Penal Law § 125.25 [1]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.